## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

JAMES E. WILLIAMS, JR.,　　　　　　　:

　　　Plaintiff,　　　　　　　　　　　:

vs.　　　　　　　　　　　　　　　　　:　　CIVIL ACTION 02-0573-BH-B

PRINCE ARNOLD, et al.,　　　　　　　 :

　　　Defendants.　　　　　　　　　　:

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 14th day of December, 2005.

　　　　　　　　　　　　　　　　　　　　s/ W. B. Hand
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE