```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

JAMES E. WILLIAMS, JR.,            :

    Plaintiff,                 :

vs.                                :      CIVIL ACTION 02-0573-BH-B

PRINCE ARNOLD, et al.,             :

    Defendants.                :

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

**DONE** this 14th day of December, 2005.

                                                s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE